UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT


PATRICK JACKMAN,
        Petitioner

v.                      CIVIL ACTION NO.  13cv30074-MAP

ALLIED INTERSTATE LLC, f/k/a
ALLIED  INTERSTATE, INC. , ,

        Respondent(s)

### JUDGMENT IN A CIVIL CASE

PONSOR, D.J   .:

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

JUDGMENT    entered for the Plaintiff pursuant to the electronic endorsed order of the Court entered this date Approving the Defendant's Offer of Judgment for the Plaintiff   in the amount of $250.00, plus reasonable costs and attorney's fees.

                                    ROBERT M. FARRELL,
                                    CLERK OF COURT

Dated: August 22, 2013                By /s/   Mary Finn
                                                    Deputy Clerk

NOTE:  The post judgment interest rate effective this date is  ___%.

(mefjudgment.wpd - 3/7/2005)