# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK JACKMAN,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALLIED INTERSTATE, LLC f/k/a<br>ALLIED INTERSTATE, INC.<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No.: 3:13-cv-30074-MAP<br>)<br>)<br>)<br>)<br>) |

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 17, 2013   　　*/S/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　Attorney ID # 57100
　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　Email:kimmel@creditlaw.com
　　　　　　　　　　　　　　　Attorney for the Plaintiff